COPY

AO 98 (Rev. 8/85) Appearance Bond

100,000 PRB, 1FRP. (to sign by 1-31-07)
Pretrial Supervision satisfy warrant 1-24-07

Dft is permitted to reside in Delaware following his surgery,
On 1-29-07 He will reside with his parents in Delaware

# United States District Court

## DISTRICT OF [NY]

Dft to submit to urinalysis. If Dft's results are negative, no drug testing. If positive drug [testing]

UNITED STATES OF AMERICA

v.

Alamon Fields
        Defendant

**APPEARANCE BOND**

CASE NUMBER: _____

For UA testing + treatment as deemed necessary

Non-surety: I, the undersigned defendant acknowledge that I and my ...
Surety: We, the undersigned, jointly and severally acknowledge that we and our ... personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 100,000, and there has been deposited in the Registry of the Court the sum of $ _____ in cash or _____ (describe other security.)

Dft to go to US Marshal no later than 9:30 1-18-07 be processed

The conditions of this bond are that the defendant Alamon Fields
                                                    (name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

Travel SDNY/EDNY

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on 1-17-07 at USDL - White Plains NY

Defendant. _____ Address. Yonkers NY
Surety. William W Fields Address. Bear, De. 19701
Surety. Daretha Fields Address. Bear, De. 19701

Signed and acknowledged before me on 1-17-07

_____
Judicial Officer/Clerk

Approved: Donna M. Seningen
          Clerk

U.S. DISTRICT COURT - DE
MISC. CASE # 07-25